FILED 28 MAR '17 12:15 USDC-ORP

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Janell Rene' Butler

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Neuberger & Berman Management LLC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:17-CV 00498 JE
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Janell Rene' Butler
   Street Address: P.O Box 151
   City and County: Cornelius  Wash Co
   State and Zip Code: OR 97113
   Telephone Number: 971-340-5854
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Neuberger & Berman Management LLC
1290 6th Ave
New York
New York 10104
(212) 476-9000

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

*§1332 (c)(1) State of Incorporation  Principal Place Of Business  HERTZ 275*

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* JANELL RENÉ BUTLER, is a citizen of the State of *(name)* OREGON.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* NEUBERGER & BERMAN MANAGEMENT is incorporated under the laws of the State of *(name)* NEW YORK, and has its principal place of business in the State of *(name)* NEW YORK.

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED LETTER

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

_See Attached Letter_

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28-17

Signature of Plaintiff: _Janell Rene' Butler_
Printed Name of Plaintiff: JANELL RENE' BUTLER

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Your Honor

I am filing this class action against Neuberg and Berman as you can see they have already admitted in one of their letters they have done and been doing illegal activity on multiple accounts. In the transcript there were multiple accounts opened. Now today there is only 3 left. Also in my file of evidence you can see they have changed the address, put a password on the account, provided a fraudulant application, taken my grandma Betty Olson off the account, and have sent all the tax paperwork to only Barbara Butler and these accounts are in my social security number only. I have attempted to get all the phone recordings of all the misconstrude and conflicting stories. Enclosed is the evidence of all these accusations and proof of the history of covering their tracks. I also filed with the SCC and that letter is enclosed. I am asking for a subpena for all the recorded calls and the tax information along with the entire file and not just half of it. This action I am filing is not only for myself but there is probably many more victims as they are a huge investment company who many are entrusting their money and trust in. So I am asking for you to hear me out in a court of law and have them suffer like I have for the investments, hassle, and all the time I have spent trying to work

with them on fixing this situation. This company needs to compensate me, not only for their unfair business practices, and illegal activity but also for the money that has been disappearing and all the years of back taxes since I never received the tax paperwork nor any statements. I don't know exactly the relief I deserve back because like I said only some of the transcripts were there. Especially the ones when the accounts were first opened. So for 23 years plus I have not received all the paperwork I would need to give you an exact amount nor will they send it to me. So now I have to leave it in the courts hands to make a fair judgement and know exactly how much all these years of injustice this company has done and is still doing is worth!!

Janell René Butler

Janell René Butler
P.O Box 151
Cornelius, OR 97113
971-340-5854

PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no.

**NEUBERGER | BERMAN**
Boston Service Center
P.O. Box 55218, Boston, MA 02205-5218
800-877-9700

RECIPIENT'S name, street address (including apt. no.), city or town, province or state, country, and ZIP or foreign postal code.
JANELL RENE BUTLER
BARBARA ANN BUTLER JT WROS
821 NE HOOD ST
HILLSBORO OR 97124-2411

Copy B For Recipient

Department of the Treasury-Internal Revenue Service

**RECIPIENT'S identification number**: XXX-XX-3168

(Keep for your Records)

**TAX YEAR 2016**

This is important tax information and is being furnished to the Internal Revenue Service (except as indicated). If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. You are ultimately responsible for the accuracy of your tax return.

Corrected (if checked) ☐   (OMB No. 1545-0715)

Page 1 of 1

**FORM 1099-B** • **PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS** • **2016**

**Long-term** transactions for which basis is **reported to the IRS**; report on Form 8949, Part II with Box D checked.

| Transaction | (1a) Description of Property / Share Price** | Quantity Sold** | (1b) Date Acquired | (1c) Date sold or disposed | (1d) Net proceeds | (1e) Cost or other basis | (1g) Wash sale loss disallowed | (4) Federal income tax withheld | (5) Non-covered security | (14) State name | (15) State Identification no. | (16) State tax withheld | Cost basis method** | Gain/(Loss)** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund: **LARGE CAP VALUE INVESTOR** | | | Fund-Acct. no.: 492-140171055 | | | PAYER'S Fed. ID no.: 13-2606035 | | | | CUSIP no.: 641224407 | | | | |
| SHARES REDEEMED | 29.710 | 84.147 | | 11/11/16 | 2,500.00 | 2,473.84 | 0.00 | 0.00 | | | | | ACST | 26.16 |
| FUND TOTAL: | | | | | 2,500.00 | 2,473.84 | 0.00 | 0.00 | | | | | | 26.16 |

**Long-term** transactions for which basis is **NOT reported to the IRS**; report on Form 8949, Part II with Box E checked.

| Transaction | (1a) Description of Property / Share Price** | Quantity Sold** | (1b) Date Acquired | (1c) Date sold or disposed | (1d) Net proceeds | (1e) Cost or other basis | (1g) Wash sale loss disallowed | (4) Federal income tax withheld | (5) Non-covered security | (14) State name | (15) State Identification no. | (16) State tax withheld | Cost basis method** | Gain/(Loss)** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund: **MID CAP GROWTH FUND INVESTOR CLASS** | | | Fund-Acct. no.: 491-140171054 | | | PAYER'S Fed. ID no.: 13-2556829 | | | | CUSIP no.: 641224308 | | | | |
| SHARES REDEEMED | 11.520 | 260.417 | | 02/01/16 | 3,000.00 | 2,788.46 | | 0.00 | YES | | | | ACST | 211.54 |
| FUND TOTAL: | | | | | 3,000.00 | 2,788.46 | | 0.00 | | | | | | 211.54 |

Form **1099-B**   ** This information is not being reported to the IRS.
† Sales load basis deferral adjustment applies, please see instructions (applies to box 1e only).

P

029966 3/3

Copy B For Recipient

Department of the Treasury-Internal Revenue Service

**TAX YEAR 2016**

PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no.

**NEUBERGER | BERMAN**
Boston Service Center
P.O. Box 55218, Boston, MA 02205-5218
800-877-9700

RECIPIENT'S name, street address (including apt. no.), city or town, province or state, country, and ZIP or foreign postal code.

JANELL RENE BUTLER
BARBARA ANN BUTLER JT WROS
821 NE HOOD ST
HILLSBORO OR 97124-2411

| RECIPIENT'S identification number | XXX-XX-3168 |
|---|---|

(Keep for your Records)

This is important tax information and is being furnished to the Internal Revenue Service (except as indicated). If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Corrected (if checked) ☐   (OMB No. 1545-0110)

Page 1 of 1

**FORM 1099-DIV** • DIVIDENDS AND DISTRIBUTIONS •   **2016**

| (1a) Total ordinary dividends | (1b) Qualified dividends | (2a) Total capital gain distributions | (2b) Unrecap. sec. 1250 gain | (2d) Collectibles (28%) gain | (3) Nondividend distributions | (4) Federal income tax withheld | (6) Foreign tax paid* | (8) Cash liquidation distributions | (10) Exempt-interest dividends | (11) Specified private activity bond interest dividends | (12) State | (13) State identification no. | (14) State tax withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund: **GUARDIAN FUND INVESTOR CLASS** | | | | | Fund-Acct. no.: 484-140171062 | | PAYER'S Fed. ID no.: 13-6068441 | | | | | | |
| 119.92 | 119.92 | 1,627.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Fund: **MID CAP GROWTH FUND INVESTOR CLASS** | | | | | Fund-Acct. no.: 491-140171054 | | PAYER'S Fed. ID no.: 13-2556829 | | | | | | |
| 20.62 | 20.62 | 437.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Fund: **LARGE CAP VALUE INVESTOR** | | | | | Fund-Acct. no.: 492-140171055 | | PAYER'S Fed. ID no.: 13-2606035 | | | | | | |
| 18.41 | 12.04 | 11.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |

Form **1099-DIV**   *Please see instructions for additional details.

029966 2/3

| NEUBERGER BERMAN | ACCOUNT STATEMENT FOR: |
|---|---|
| Neuberger Berman Management LLC<br>P.O. Box 55218, Boston, MA 02205-5218 | **LARGE CAP VALUE INVESTOR**<br>01/01/12 THROUGH 12/31/12 |

*[Handwritten: "Betty was the C/O when account was first opened in my name. She opened it."]*

ACCOUNT NUMBER 114184600

**FOR YOUR NEXT INVESTMENT**

$ [         ]

BETTY L OLSON (BENE ON FILE)
SUBJECT TO BFDS TOD RULES
1905 ELM ST
FOREST GROVE OR 97116-2523

005029

Make check payable to:
Neuberger Berman Funds, Mail to:
Neuberger Berman Funds, Boston Service Center,
P.O. Box 8403, Boston, MA 02266-8403

0011141846009    492

Please detach and return this portion with your next investment.

**NEUBERGER BERMAN ACCOUNT STATEMENT 01/01/12 THROUGH 12/31/12**   Page 1 of 1

WE WOULD LIKE TO WISH YOU AND YOUR FAMILY A HAPPY AND HEALTHY 2013.
WE APPRECIATE YOUR CONTINUED TRUST AND LOOK FORWARD TO SERVICING
YOUR INVESTMENT NEEDS FOR MANY YEARS TO COME.

TOTAL MARKET VALUE    $0.00

### ACCOUNT ACTIVITY

| CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | DOLLAR AMOUNT THIS TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | SHARES OWNED |
|---|---|---|---|---|---|---|
| | | BETTY L OLSON (BENE ON FILE)<br>SUBJECT TO BFDS TOD RULES | | | | |
| | | LARGE CAP VALUE INVESTOR | | | | |
| | | Beginning Balance as of JAN 1 | $25,480.55 | $24.34 | | 1046.8590 |
| 04/20 | 04/20 | SHARES REDEEMED | $27,291.61 | $26.07 | 1,046.8590 | 0.0000 |
| | | Total market value as of DEC 31 | $0.00 | $28.10 | | |

*[Handwritten: "My Middle name is Rene — its supposed to say Rene — typo"]*

COST BASIS ELECTION METHOD
AVERAGE COST

Covered: Shares were purchased into the account after January 1st, 2012.

Non-Covered: Shares were purchased into the account prior to January 1st, 2012.

N/A: The acquisition date was prior to January 1st, 2012. Accordingly, these shares are not being tracked for cost basis reporting purposes.

### ACCOUNT EARNINGS YEAR-TO-DATE

| FUND | ACCOUNT NUMBER | INCOME DIVIDENDS | CAPITAL GAINS SHORT-TERM | CAPITAL GAINS LONG-TERM | TOTAL |
|---|---|---|---|---|---|
| LARGE CAP VALUE INVESTOR | 114184600/9 | $0.00 | $0.00 | $0.00 | $0.00 |

FORM NO. 00070941

