IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JANELL RENE BUTLER,

                Plaintiff,

                              No. 3:17-cv-00498-JE

     v.

                               ORDER

NEUBERGER BERMAN
MANAGEMENT LLC,

                Defendant.

HERNÁNDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation [5] on April 12, 2017, in which he recommends that this Court dismiss Plaintiff's complaint. In addition, on April 17, 2017, Judge Jelderks referred Plaintiff's Motion for Appointment of Pro-Bono Counsel [8] to this Court. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error. Furthermore, because this Court adopts Judge Jelderks' recommendation to dismiss Plaintiff's complaint, the Court declines to appoint pro bono counsel for Plaintiff.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings & Recommendation [5], and therefore, Plaintiff's complaint is dismissed. In addition, Plaintiff's Motion for Appointment of Pro-Bono Counsel [8] is denied. If Plaintiff wishes to file an amended complaint, she must do so within 30 days of the date below.

IT IS SO ORDERED.

DATED this _____10_____ day of _____May_____, 2017.

_____Marco Hernández_____
MARCO A. HERNÁNDEZ
United States District Judge