IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANELL RENE BUTLER,

            Plaintiff,

   v.

NEUBERGER BERMAN
MANAGEMENT, LLC,

            Defendant.

No. 3:17-cv-00498-JE

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED this  29  day of  Dec , 2017.

                                  /s/ Marco Hernández
                                  MARCO A. HERNÁNDEZ
                                  United States District Judge

1 - JUDGMENT